**Jason R. IRWIN, Plaintiff/Appellant,**

v.

**KYUNG JOO PARK,**
**Defendant/Respondent.**

**No. ED 97079.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 9, 2012.

Motion For Rehearing And/Or Transfer
to Supreme Court Denied Nov. 20,
2012.

Application for Transfer Denied
Jan. 29, 2013.

Corey Lee Kraushaar, Brown & James, P.C., St. Louis, MO, for Appellant.

Crystal Yvette Smith, T. Robert Cook, Co–Counsel, St. Louis, MO, for Respondent.

Before KATHIANNE K. CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

Jason R. Irwin (Plaintiff) appeals from the judgment entered in favor of Kyung Joo Park (Defendant) on Plaintiff's action for negligence against Defendant in the operation of his motor vehicle. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).